IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MILO VACANTI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:09CV44** |
| | ) | |
| **SUNSET FINANCIAL SERVICES, INC., et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Stay (Doc. 34) is granted.  This case is stayed until the interlocutory appeal in *Vacanti v. Sunset Fin. Servs., et al.*, Case No. 8:08CV436 (D. Neb.), 8th Cir. No. 09-2965, is resolved.

**DATED October 5, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**