# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN LUSTGRAAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08-CV-00335-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |
| JEAN POOLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:08-CV-00399-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |
| MILO VACANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08-CV-00436-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |
| WILLIAM GREEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:09-CV-00013-LSC-FG3 |
| v. | ) | |
| | ) | ORDER |
| SUNSET FINANCIAL SERVICES, INC. | ) | |
| and BRYAN S. BEHRENS, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MILO VACANTI,                    )<br>                                              )<br>             Plaintiff,            )<br>                                              )           8:09-CV-00044-LSC-FG3<br>    vs.                                    )<br>                                              )           ORDER<br>SUNSET FINANCIAL SERVICES, INC. )<br>and BRYAN S. BEHRENS,      )<br>                                              )<br>             Defendants.         )   | |

This matter is before the court on Plaintiffs' motion for leave to file a proposed sur-reply brief opposing Sunset Financial Services, Inc.'s motion for leave to amend to assert cross-claims. (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110). The motion will be granted.

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file a sur-reply brief is granted. (Case No. 8:08CV00335, filing 193; Case No. 8:08CV00399, filing 192; Case No. 8:08CV00436, filing 183; Case No. 8:09CV00013, filing 145; Case No. 8:09CV00044, filing 110).

2. The court hereby takes notice of Plaintiffs' proposed brief, which was submitted with the present motion.

**DATED June 2, 2011.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett, III**
                                        **United States Magistrate Judge**